UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
**MARGARET GENTILE**          )   CIVIL ACTION
    **Plaintiff**                )
                             )
                             )
                             )
**v.**                                       )
                             )
**BONDED COLLECTION CORPORATION d/b/a**  )
**BCC FINANCIAL SERVICES &**             )
**BANK OF AMERICA, N.A.**                )
    **Defendants**              )
_____)   APRIL 19, 2011

## COMPLAINT

1. This is a suit brought by a consumer who has been harassed by the debt collection activities of the defendant creditor and the defendant collection agency. This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.,* and includes pendent claims brought under State law for violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §§ 42-110a *et seq*. and the Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. §§ 36a-645 *et seq.*

2. Plaintiff, Margaret Gentile, is a natural person residing in East Windsor, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

3. Defendant Bonded Collection Corporation d/b/a BCC Financial Services ("BCC") is a Delaware Corporation and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

4.  Defendant Bank of America, N.A. ("BOA") is a National Bank that is engaged in the business of offering credit to consumers and collecting the resulting debts.

5.  Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. §§ 1331 and 1367.

6.  This Court has jurisdiction over BCC because it engages in debt collection within Connecticut.

7.  This Court has jurisdiction over BOA because it engages in business within Connecticut.

8.  Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

9.  Plaintiff owed a consumer debt to BOA (the "Debt").

10. On or around the end of September 2010, Plaintiff contacted BOA and informed them that she was filing for bankruptcy and that the Debt was going to be included in her bankruptcy filing, and she provided BOA with her bankruptcy attorney's contact information and requested that they direct all future communications not to Plaintiff but to her bankruptcy attorney.

11. Notwithstanding having been informed by Plaintiff of her bankruptcy and her bankruptcy attorney's contact information, BOA assigned the Debt to BCC for collection purposes, and BCC began contacting Plaintiff in an attempt to collect the Debt.

12. On or around February 8, 2011, BCC called and spoke with Plaintiff in an attempt to collect the Debt; this was the first time that BCC had communicated with Plaintiff, and during that conversation, Plaintiff asked BCC whether it had contact

information for her bankruptcy attorney, and BCC confirmed with Plaintiff that it already had on file contact information for her bankruptcy attorney.

13. BCC violated the FDCPA and CUTPA by its collection activities described above, and BOA violated the CCPA and CUTPA by its collection activities described above.

WHEREFORE, the Plaintiff seeks from BCC recovery of actual damages pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; actual damages, punitive damages, and attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110g; and Plaintiff seeks from BOA recovery of actual damages, statutory damages, and attorney's fees and costs pursuant to Conn. Gen. Stat. § 36a-646; actual damages, punitive damages, and attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110g; and such other relief as this Court deems appropriate.

**PLAINTIFF, MARGARET GENTILE**

By: /s/Daniel S. Blinn
Daniel S. Blinn, Fed Bar No. ct02188
Matthew W. Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax (860) 571-7457