UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARGARET GENTILE** | ) | CIVIL ACTION NO. |
|     Plaintiff, | ) | 3:11-CV-00622 (JCH) |
| | ) | |
| v. | ) | |
| | ) | |
| **BONDED COLLECTION CORPORATION** | ) | |
| **d/b/a BCC FINANCIAL SERVICES &** | ) | |
| **BANK OF AMERICA, N.A.** | ) | |
|     Defendants | ) | JULY 13, 2011 |
| | ) | |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule Rule 41(a)(1)(A)(i), the Plaintiff, Margaret Gentile, through her attorney, hereby gives notice that the claims against Bonded Collection Corporation d/b/a BCC Financial Services and Bank of America, N.A. of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

    Plaintiff, Margaret Gentile

    By /s/ Daniel S. Blinn
    Daniel S. Blinn, Esq.  (ct 02188)
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, CT  06067
    Tel: (860) 571-0408
    Fax: (860) 571-7457
    dblinn@consumerlawgroup.com

2

**CERTIFICATION**

     I hereby certify that on this 13th day of July 2011, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ Daniel S. Blinn
                                        Daniel S. Blinn